**Opinion issued July 12, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00423-CR

_____

## IN RE ERIC DONTA RIGGINS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Eric Donta Riggins, filed a petition for a writ of mandamus challenging the May 25, 2022 order, entered by the Presiding Judge of the Eleventh Administrative Judicial Region of Texas, denying relator's motion to recuse the

Honorable Justin Gilbert, Presiding Judge of the 412th District Court of Brazoria County, Texas.[1]

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Eric Donta Riggins*, Cause No. 86528-CR, in the 412th District Court of Brazoria County, Texas, the Honorable Justin Gilbert presiding.